AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

CSX Transportation Inc,

        Plaintiff,

vs.

NTM, Inc,

        Defendant.

**DEFAULT JUDGMENT**

Case Number: 6:09-1394-HMH

[X] **Decision on the Record.** This action came before the court on the record. The issues have been reviewed and a decision rendered. Default having been entered, it is

**ORDERED, ADJUDGED AND DECREED** that the plaintiff, CSX Transportation, Inc, recover of the defendant, NTM, Inc., the amount of Thirty-Three Thousand, Four Hundred Forty-Six and Sixty-Eight Cents ($33,446.68) plus interest at a rate of .33% as a matter of law plus costs in the amount of Four Hundred Fifteen ($415.00).

LARRY W. PROPES, Clerk

By  s/Amanda Williams
       Deputy Clerk

November 17, 2009